# FORM B

AO 440 (Rev. 12/09) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the

Lonnie J. McCrady )
_____ )
Plaintiff )
)
v. ) Civil Action No. **3:14CV-716-R**
)
Shaun Connor )
_____ )
Defendant )

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Shaun Connor
1386 Brir Creek Rd.
Mammoth Cave, Ky. 42259

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                                        *Signature of Clerk or Deputy Clerk*

# FORM B

AO 440 (Rev. 12/09) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
### for the

honnie J. McCRAdy

_____
*Plaintiff*

v.

Ronnie Dortch

_____
*Defendant*

)
)
)
)
)
)
)

Civil Action No.

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Ronnie Dortch
P.O. Box 169
HArtford Ky, 42347

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

# FORM B

AO 440 (Rev. 12/09) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the

Lonnie J. McCRAdy
_____
Plaintiff

v.

Tim Coleman
_____
Defendant

)
)
)
)
)
)
)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Tim Coleman
P.O. Box 1038
Morgantown, Ky. 42261.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____        _____
                              *Signature of Clerk or Deputy Clerk*

# FORM B

AO 440 (Rev. 12/09) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
### for the

Lonnie J. McCrady )
_____ )
*Plaintiff* )
)
v. ) Civil Action No. _____
)
Gary Logsdon )
_____ )
*Defendant* )

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Gary Logsdon
101 Main Cross St.
Brownsville, Ky. 42210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____                    _____
                                            *Signature of Clerk or Deputy Clerk*

Form 13

# UNITED STATES DISTRICT COURT.
### for The

Lonnie JAmes mcCRady
   PlAintiff

V.

James wAllAce Wolfe
   Defendant

civil Action

### Summons in A Civil Action

To (Defendant's name And Address)

James wAllAce wolfe
1332 sunfish Roundhill RD,
Roundhill Ky.    42275

A lawsuit HAs been filed ageust you



LONNIE J. McCRADY
P.A. Box 670
MUNfordsville Ky,
42765

OFFICE OFTHE CLERK
UNITED STATES DISTRICT COURT
106 Gene Snyder U.S. CourThouse
601 W. Brodway
Louisville, Ky. 40202-2249