## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF KENTUCKY
### AT BOWLING GREEN

LONNIE JAMES McCRADY                                              PLAINTIFF

v.                                          CIVIL ACTION NO. 1:14-CV-P185-GNS

SHAUN CONNOR et al.                                              DEFENDANTS

### MEMORANDUM OPINION

Plaintiff, Lonnie James McCrady, filed an *in forma pauperis* complaint.  However, he neither paid the filing fee nor tendered an application to proceed without prepayment of fees. Accordingly, the Court ordered that within 30 days Plaintiff either pay the filing fee or file a completed application to proceed without prepayment of fees.  That Order warned Plaintiff that his failure to comply within the allotted time would result in dismissal of his case.

More than 30 days have passed, and Plaintiff has failed to respond to the Court's Order. Courts have an inherent power "acting on their own initiative, to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962).  Therefore, by separate Order, the Court will dismiss the instant action.  *See* Fed. R. Civ. P. 41(b) (governing involuntary dismissal).

Date:   July 14, 2015

Greg N. Stivers, Judge
United States District Court

cc:     Plaintiff, *pro se*
4416.009